UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORVILLE EDWARDS,

                      Petitioner,

-against-

ELLIOTT SPITZER, New York State Attorney
General, and BRIAN FISCHER, Superintendent
of Sing Sing Correctional Facility,

                      Respondents.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5288 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 8, 2006, dismissing the petition for a writ of habeas corpus as time-barred; and ordering that a Certificate of Appealability shall not issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is dismissed as time-barred; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       May 09, 2006

                                                               ROBERT C. HEINEMANN
                                                               Clerk of Court